IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
IN RE: THEODORE J HARRELL & SANDRA SIMPSON    )
       aka SANDRA HARRELL                     )
                                              )
BANK OF AMERICA, N.A., SUCCESSOR BY MERGER    )
TO BAC HOME LOANS SERVICING, L.P. FKA         )
COUNTRYWIDE HOME LOANS SERVICING, L.P.,       )
                              Creditor,       )
                                              ) CASE NO. 09B32597
    vs.                                       ) JUDGE
                                              ) SUSAN PIERSON SONDERBY
THEODORE J HARRELL & SANDRA SIMPSON aka       )
SANDRA HARRELL,                               )
                              Debtor          )
                                              )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Bank of America, N.A., successor by merger to BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the February 2011 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of September 1, 2011.

    a. Attorney's fees                                        $250.00

    b. Payments
            (2/11: 1 @ $1,859.70)
            (3/11 – 10/11:  8 @ $1,822.37)         $16,438.66

    c. Escrow shortage                                      $2,972.49

    d. Suspense                                              $1,203.62

    Total                                                   $18,457.53

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice, Bank of America, N.A., successor by merger to BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. rights to collect these amounts will remain unaffected.

    Respectfully Submitted,
Bank of America, N.A., successor by merger to BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.

/s/Christopher M. Brown
Christopher M. Brown
ARDC#6271138

Pierce and Associates, P.C.
1 North Dearborn Street, Ste. 1300
Chicago, Illinois 60602
(312)346-9088